UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROY WILLIAMS | CIVIL ACTION NO. 05-1986-A |
| -vs- | JUDGE DRELL |
| JOHN DOUGAN, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and determining that the findings are correct under the applicable law,

IT IS ORDERED that plaintiff's civil rights claims are DISMISSED WITH PREJUDICE as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

SIGNED on this 23rd day of February, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge